# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-cr-314-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **FOSTAIRE STEPHENS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Substitute for Purpose of Restitution Disbursement, (Doc. No. 32).

The motion is **GRANTED**. The Clerk of Court shall substitute victim Wells Fargo Bank for victims LMT and GRT for purposes of disbursement of further restitution payments. This Order does not alter the amount of restitution due and owing.

Signed: April 26, 2023

Max O. Cogburn Jr.
United States District Judge